United States District Court
Southern District of Texas

**ENTERED**

November 02, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| The STATE OF MISSOURI; and the STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, | § § § § § § § § § § § § § § § | Civil Action No. 6:21-CV-00052 |
| Defendants. | § § | |

## <u>ORDER</u>

Pending before the Court is the Complaint filed by the Plaintiffs in this Civil Action on October 21, 2021.[1]   The Court notes that many of the Parties and claims are substantially similar to those in a previously filed complaint in the McAllen Division of this District.   *See General Land Office of Texas v. Biden*, No. 7:21-CV-00272, (S.D. Tex. July 13, 2021), ECF No. 1 (Alvarez, J.).   Accordingly, to facilitate judicial economy and by the

---

[1]   (Dkt. No. 1).

consent of United States District Judges Drew B. Tipton and Micaela Alvarez, the Court

hereby **TRANSFERS** this case to the docket of Judge Micaela Alvarez.

It is SO ORDERED.

Signed on November 2, 2021.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**