United States District Court
Southern District of Texas

**ENTERED**

November 15, 2021
Nathan Ochsner, Clerk

UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  TEXAS
MCALLEN  DIVISION

| | | |
|---|---|---|
| THE  STATE  OF  MISSOURI;  and  THE STATE  OF  TEXAS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, | § § § § § § § § § § § § § § § § | CIVIL  ACTION  NO. 7:21-cv-00420  (Formerly CIVIL  ACTION  NO. 6:21-cv-00052) |
| Defendants. | § § | |

## ORDER

The Court now considers "Defendants' First Motion for an Extension of Time to Respond [sic] Plaintiffs' Motion for a Preliminary Injunction and Request for Expedited Ruling."[1] Defendants request the Court consider this motion before it is ordinarily submitted for the Court's consideration under Local Rule 7.3 and before November 29, 2021, because the motion seeks to extend the November 29th deadline.[2]   The Court agrees that the motion seeks to extend a deadline

---

[1] Dkt. No. 23.
[2] *Id*. at 3, ¶¶ 1–2.

which would have already passed if the Court considers the motion after its ordinary submission date.[3] Accordingly, the Court **GRANTS** Defendants' request for expedited consideration pursuant to Local Rule 7.8.

The Court now turns to Defendants' main request for an extension of time. Plaintiffs moved for a preliminary injunction on November 8, 2021,[4] so Defendants' response brief is due on November 29th pursuant to Local Rule 7.4.A. Defendants explain that Plaintiffs' motion is fifty pages and contains "complex and important" nationwide issues that will necessitate that the government Defendants consult with numerous stakeholders before filing their response brief.[5] Defendants therefore request a nine-day extension to December 8th to file their response brief.[6]

The Court finds the requested extension reasonable and warranted by the circumstances, including the Thanksgiving holiday[7] which will interrupt otherwise routine workdays. The Court **GRANTS** Defendants' motion.[8] The submission date and Defendants' response brief deadline to Plaintiffs' motion for a preliminary injunction is **December 8, 2021**.[9] The Court further orders, for purposes of fairness, that Plaintiffs' reply brief deadline, should Plaintiffs exercise their option to file a reply, is extended from December 15th to **December 17, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of November 2021.

_____
Micaela Alvarez
United States District Judge

---

[3] *See* LR7.3.
[4] Dkt. No. 19.
[5] Dkt. No. 23 at 2, ¶¶ 1–2.
[6] *Id.* at 2.
[7] *See* 5 U.S.C. § 6103(a).
[8] Dkt. No. 23.
[9] *See* LR